**WHOLE COURT**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules**

**May 20, 2016**

# In the Court of Appeals of Georgia

A14A0113. ZALDIVAR v. PRICKETT et al.

BARNES, Presiding Judge.

In *Zaldivar v. Prickett*, 297 Ga. 589 (774 SE2d 688) (2015), the Supreme Court of Georgia reversed the judgment of this court in *Zaldivar v. Prickett*, 328 Ga. App. 359 (762 SE2d 166) (2014). Having received the remittitur from that court, we vacate our earlier decision and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Doyle, C. J.,Miller, P .J., Ellington, P. J., Dillard, Boggs, and Branch, JJ., concur.*